# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1: 1:12-cv-02550-WYD-KMT

KRISTINA HILL, et al.,

Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES,

A District of Columbia corporation,

Defendant.

___

**DECLARATION OF EUGENE DELGAUDIO,
PRESIDENT OF PUBLIC ADVOCATE OF THE UNITED STATES,
IN SUPPORT OF PUBLIC ADVOCATE OF THE UNITED STATES'
MOTION TO RESTRICT ACCESS TO PLAINTIFFS' MOTION FOR
LEAVE TO RESTRICT ACCESS TO PLAINTIFFS' ADDRESSES**

___

I, Eugene Delgaudio, under penalties of perjury, hereby declare as follows based on my knowledge, information and belief:

1. I am Eugene Delgaudio, an individual of majority age, who presently resides in the Commonwealth of Virginia.

2. I am, and for all relevant times have been, the President of Public Advocate of the United States ("Public Advocate").

3. Public Advocate has its headquarters at 5613 Leesburg Pike, Suite 17, Falls Church, Virginia 22041 which address is set forth in paragraph 7 of the Complaint as well as Exhibit A to the Complaint as filed by Plaintiffs in the above-captioned action. Public

       Advocate's business address is located in Fairfax County, Virginia which is properly identified in the Civil Cover Sheet filed by Plaintiffs with the Complaint.

4. I reviewed the Plaintiffs' Motion for Leave to Restrict Access to Plaintiffs' Addresses and can confirm that the address set forth on page 4, the Certificate of Service, is my home address. My home is not located within Fairfax County, Virginia.

5. I am aware that the Southern Poverty Law Center (SPLC) has labeled Public Advocate of the United States as a "Hate Group" and the SPLC placed the business location of Public Advocate on its "Hate Map" which appears on the SPLC website and I know that Exhibit A to the Plaintiffs' Complaint refers to the SPLC's decision to target Public Advocate as a "Hate Group."

6. Among the groups which the Southern Poverty Law Center has identified as "anti-gay" hate groups are: Family Research Council, Traditional Values Coalition, and Public Advocate. On August 15, 2012 (CHECK DATE), a gay-rights volunteer and activist brought a 9mm handgun to the offices of the Family Research Council and shot a security guard after reportedly saying. Shortly after this shooting, the Traditional Values Coalition advised the press that the FBI had visited them and told them that the shooter had them on a list. Also, shortly after this shooting, the FBI visited me and told me that Public Advocate was on a list of anti-gay groups which the shooter had, and which the shooter had obtained from the Internet. An employee of Public Advocate was able to identify the shooter as someone that had been seen by that employee. The shooter also brought with him 15 Chick-fil-A sandwiches purchased at the Chick-fil-A franchise in Virginia, the same location where I had urged people to come to support Chick-fil-A

when gay rights groups were outraged by, and had protested the fact that this company supported the traditional, Biblical, definition of the family.

7. Especially in light of the shooting which occurred at the Family Research Council in August 2012, and the obvious connection between Family Research Council, and Public Advocate through the Southern Poverty Law Center, I am concerned for my personal safety and welfare as a result of the publication of my home address.

8. I believe that the publication of my home address by Plaintiffs creates a real danger of physical injury from those who oppose traditional marriage.

9. The publication of my home address by Plaintiffs further causes me great concern about the safety and welfare of my family.

I declare under penalty of perjury that the foregoing is true and correct.

EUGENE DELGAUDIO, PRESIDENT
PUBLIC ADVOCATE OF THE UNITED STATES

_Eugene Delgaudio_
Eugene Delgaudio

Dated: November 20, 2012

3