IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02550-WYD-KMT

KRISTINA HILL,
BRIAN EDWARDS, and
THOMAS PRIVITERE,

    Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES,

    Defendant.

---

## MOTION FOR LEAVE TO RESTRICT ACCESS TO PLAINTIFFS' ADDRESSES

Plaintiffs Kristina Hill, Brian Edwards, and Thomas Privitere, through their undersigned counsel, respectfully move, pursuant to D.C.COLO.LCivR 7.2, for leave to restrict access to Plaintiff's addresses. As grounds in support of this Motion, Plaintiffs state as follows:

1. Plaintiffs file this motion in the interest of their personal safety.

2. A party may proceed anonymously if there is a "real danger of physical harm." Femedeer v. Haun, 227 F.3d 1244, 1246 (10th Cir. 2000). Plaintiffs face such a danger. To mitigate against this danger, they request that access to their home addresses be restricted at Level 1. This is the most minimal level of restricted access, and does not in any way impede Defendant's defense of this matter.

3. From the time that Defendant Public Advocate of the United States began to distribute the Mailers at issue in this case, Edwards and Privitere have been targets of hate

messages. See Complaint at 11, Hill v. Pub. Advocate of Am., No. 1:12-cv-02550. People have posted on the internet that Edwards and Privitere deserve to go to hell, that they deserve to be killed, and that any children they may have would be better off dead. See id. Given Kristina Hill's close association with Edwards and Privitere and her involvement in this case, she is an obvious target for similar reprisals.

4. The existing threat to Plaintiffs' personal safety will be exacerbated if access to their addresses is not restricted.

5. The threat to Plaintiffs' personal safety outweighs the presumption of public access. The public will not be deprived of any information pertinent to this case if access to Plaintiffs' addresses alone is restricted.

6. Plaintiffs seek that their addresses be restricted to the parties and the court (Restriction Level 1). Attached hereto as Exhibit 1 is a listing of the Plaintiffs' addresses.

WHEREFORE Plaintiffs Kristina Hill, Brian Edwards, and Thomas Privitere respectfully request leave to restrict access to their addresses.

DATED: September 27, 2012

                Respectfully submitted,

                s/ Christine P. Sun
                Christine P. Sun
                christine.sun@splcenter.org
                SOUTHERN POVERTY LAW CENTER
                400 Washington Avenue
                Montgomery, Alabama 36104
                Telephone: 334-956-8256

                Daralyn J. Durie (admission pending)
                ddurie@durietangri.com

Joseph C. Gratz (admission pending)
jgratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Daniel D. Williams
Dan.Williams@FaegreBD.com
Christopher L. Larson
Christopher.Larson@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: 303-607-3500
Facsimile: 303-607-3600

Attorneys for Plaintiffs
KRISTINA HALL, BRIAN EDWARDS, and TOM PRIVITERE

### CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012, I electronically filed the foregoing **MOTION FOR LEAVE TO RESTRICT ACCESS TO PLAINTIFFS' ADDRESSES** with the Clerk of Court using the CM/ECF system, and sent a copy of this Motion to Defendant via first class mail, postage prepaid, at the address below:

 REDACTED

s/ Amy S. Titus

fb.us.9198671.02

4