IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| KRISTINE HILL, et al. ) | |
| ) | Civil Action |
| ) | 1:12CV02550-WYD-KMT |
| Plaintiffs. ) | |
| ) | |
| v. ) | |
| ) | |
| PUBLIC ADVOCATE OF THE ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant ) | |

ENTRY OF APPEARANCE OF TERRANCE L. RYAN, THE TERRY RYAN LAW FIRM, LLC, AS COUNSEL FOR THE NATIONAL ASSOCIATION FOR GUN RIGHTS, ROCKY MOUNTAIN GUN OWNERS, LUCIUS B. O'DELL AND DUDLEY BROWN, SUBPOENAED ENTITIES

NOW COMES The Terry Ryan Law Firm, LLC and its attorney, Terrance L. Ryan, and enters their appearance in behalf of the following subpoenaed entities in the above-captioned matter: The National Association for Gun Rights, (hereinafter "NAGR"), Rocky Mountain Gun Owners, (hereinafter RMGO), Lucius B. O'Dell, NAGR Director and Dudley Brown, RMGO Director.

               Respectfully submitted,
               */s/ Terrance L. Ryan*
               Terrance L. Ryan #40009
               The Terry Ryan Law Firm, LLC
               800 Marshall Street
               Fort Collins, CO 80525
               Phone:  970-682-2069
               Email:  Rebecca@terryryanlaw.com

CERTIFICATE

A true and correct copy of the foregoing Entry of Appearance of Terrance L. Ryan and The Terry Ryan Law Firm, LLC, as Counsel for the National Association of Gun Rights, Rocky Mountain Gun Owners, Lucius B. O'Dell and Dudley Brown, Subpoenaed Entities was served this 15th day of January, 2013, *via* electronic mail on the following:

Christopher L. Larson, Counsel for Plaintiffs
Christopher.Larson@FaegreBD.com
Daniel D. Williams, Counsel for Plaintiffs
Dan.Williams@FaegreBD.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
Telephone:  303-607-3500
Fax:  303-607-3600

Barry K. Arrington
Arrington Law Firm
7340 East Caley Avenue, Suite 360
Centennial, CO  80111
barry@arringtonpc.com

Christopher M. Collins
VANDERPOOL, FROSTICK & NICHANIAN, P.C.
9200 Church Street, Suite 400
Manassas, Virginia 20110
ccollins@vfnlaw.com

Christine P. Sun
christine.sun@splcenter.org
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone:  334-956-8256

Daralyn J. Durie
ddurie@durietangri.com
Joseph C. Gratz
jgratz@durietangri.com
DURIE TANGRI, LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  415-362-6666
Fax:  415-236-6300

Respectfully submitted,

*/s/ Rebecca Ryan*
Rebecca Ryan
Certified Paralegal
THE TERRY RYAN LAW FIRM, LLC
800 Marshall Street
Fort Collins, CO 80525
Telephone: 970-682-2069
Email: Rebecca@terryryanlaw.com