IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02550–WYD–KMT

KRISTINA HILL,
BRIAN EDWARDS, and
THOMAS PRIVITERE,

    Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Motion to Amend the Scheduling Order" (Doc. No. 53, filed Jan. 29, 2013) is GRANTED in part.  The court finds that Plaintiffs have demonstrated good cause for a 28-day extension of the Deadline for Joinder of Parties and Amendment of Pleadings from the date of this order.  Plaintiffs have not demonstrate good cause for extending that deadline to June 17, 2013—i.e., the close of discovery.  The court's conclusion is bolstered by the fact that Plaintiffs and the third-parties that may be the subject of a motion to amend the pleadings or join parties have now resolved the discovery issues underlying the third-parties' motion to quash.  (*See* Request to Withdraw Motion to Quash, Doc. No. 73, filed Mar. 7, 2013.)  Accordingly, the Deadline for Joinder of Parties and Amendment is extended to April 5, 2013.

Dated: March 8, 2013