# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02550-WYD-KMT

KRISTINA HILL,
BRIAN EDWARDS, and
THOMAS PRIVITERE,

      Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES,

      Defendant.

---

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT PURSUANT TO RULE 15(a)(2)

---

Plaintiffs Kristina Hill, Brian Edwards, and Thomas Privitere, by and through their counsel, hereby move pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file the First Amended Complaint attached hereto. In support of this Motion, Plaintiffs state as follows:

### CERTIFICATION PURSUANT TO D.C. COLO. L.R. 7.1.A

Plaintiffs' counsel has conferred with counsel for Defendant, who stated that Defendant objects to the relief requested in this Motion.

### INTRODUCTION

On February 27, 2013, the National Association for Gun Rights ("NAGR"), Rocky Mountain Gun Owners ("RMGO"), Lucius O'Dell ("O'Dell"), and Dudley Brown produced documents in response to third party document subpoenas. These documents, along with those

produced by Defendant Public Advocate of the United States ("PAUS"), reveal that although

only the name Public Advocate of the United States appears on the Mailers at issue in this case,

the Mailers were a joint project of PAUS, NAGR, and RMGO.  Specifically, NAGR and RMGO

personnel—including O'Dell, Dudley Brown, and Andrew Brown—assisted in creating and/or

coordinating the distribution of the Mailers, and RMGO provided financial support for the

Mailers.  In light of this new information, which is discussed at length in the First Amended

Complaint, Plaintiffs have determined that it is appropriate to amend their Complaint:  (1) to add

NAGR, RMGO, O'Dell, Dudley Brown, and Andrew Brown as defendants, and (2) to allege

recently-discovered facts in support of Plaintiffs' claims for copyright infringement and

misappropriation.

## **LEGAL STANDARD**

Fed. R. Civ. P. 15(a)(2) provides that a party may amend its pleading only by leave of

court or by written consent of the adverse party and that leave shall be freely given when justice

so requires.  This rule "prescribes a liberal policy of amendment." *Stender v. Cardwell*, No. 07-

cv-02503, 2011 U.S. Dist. LEXIS 38502, at *7 (D. Colo. Apr. 1, 2011).  "In general, leave to

amend is only denied for reasons such as bad faith, undue delay, a dilatory motive on the part of

the movant, or undue prejudice to the opposing party." *Bylin v. Billings*, 568 F.3d 1224, 1229

(10th Cir. 2009) (citing *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993)).

**ARGUMENT**

The Court should grant leave for Plaintiffs to file their First Amended Complaint because justice so requires. As set forth below, the amendments will not unduly prejudice Defendant PAUS, because Plaintiffs have not unduly delayed filing their First Amended Complaint, and because Plaintiffs have not otherwise acted in bad faith.

Justice requires that the Court permit Plaintiffs to add NAGR, RMGO, O'Dell, Dudley Brown, and Andrew Brown as defendants and to allege facts that describe their wrongful acts. Plaintiffs did not know of these individuals' and entities' involvement in the actions underlying their Complaint when they filed this litigation on September 26, 2012. However, information uncovered during discovery makes clear that, absent these amendments, Plaintiffs' claims cannot be fully or fairly adjudicated against all involved wrongdoers. As such, the Court should permit Plaintiffs to amend their Complaint.

Plaintiffs' amendments will not unduly prejudice Defendant PAUS. Plaintiffs do not seek to add any additional claims for relief against PAUS. They seek only to bolster their initial claims and hold accountable all those who participated in the wrongful acts that prompted their Complaint. Consequently, there is no risk of unduly prejudicing Defendant PAUS. *See Childers v. Indep. Sch. Dist. No. 1 of Bryan County, State of Okla.*, 676 F.2d 1338, 1343 (10th Cir. 1982) ("The court's refusal [to grant leave to amend] is particularly egregious in this case because the subject matter of the amendment was already alleged in the complaint").

Finally, Plaintiffs have not unduly delayed these amendments or otherwise acted in bad faith. This Motion is timely—the Deadline for Joinder of Parties and Amendment of Pleadings

set by this Court is April 5, 2013, *see* Dkt. 76—and is the result of Plaintiffs' good faith investigation of the facts underlying their cause of action.

## CONCLUSION

For the reasons set forth above and pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Leave to File First Amended Complaint and accept the First Amended Complaint attached hereto for filing as of the date of the filing of this Motion.

Respectfully submitted this 3rd day of April, 2013.

*s/ Daniel D. Williams*

Daniel D. Williams
Christopher L. Larson
Kathryn A. Feiereisel
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: 303-607-3500
dan.williams@FaegreBD.com
christopher.larson@FaegreBD.com
katie.feiereisel@FaegreBD.com

Christine P. Sun
Anjali J. Nair
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: 334-956-8256
christine.sun@splcenter.org
anjali.nair@splcenter.org

Daralyn J. Durie
Joseph C. Gratz
DURIE TANGRI LLP

217 Leidesdorff Street
San Francisco, California 94111
Telephone: 415-362-6666
ddurie@durietangri.com
jgratz@durietangri.com

*Attorneys for Plaintiffs KRISTINA HILL,*
*BRIAN EDWARDS, and THOMAS PRIVITERE*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 3rd day of April, 2013.

Barry K. Arrington, Esq.
Arrington Law Firm
7340 East Caley Avenue, Suite 360
Centennial, CO 80111
barry@arringtonpc.com

Christopher M. Collins
Vanderpool, Frostick & Nishanian, P.C.
9200 Church Street, Suite 400
Manassas, VA 20110
ccollins@vfnlaw.com

Terrance L. Ryan
The Terry Ryan Law Firm, LLC
800 Marshall Street
Fort Collins, CO 80525
Rebecca@terryryanlaw.com

*s/ Amy S. Titus*

dms.us.51859608.04