# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02550-WYD-KMT

KRISTINA HILL,
BRIAN EDWARDS, and
THOMAS PRIVITERE,

    Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES,

    Defendant.

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

---

    Before the Court is Plaintiffs' Motion for Leave to File First Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2).

    Upon consideration, the Court hereby GRANTS the Motion. Plaintiffs' tendered First Amended Complaint is hereby accepted as filed on April 3, 2013.

DATED this __ day of _____, 2013.    BY THE COURT:

                                                                       _____