# EXHIBIT B

Direct Office Line 970-482-7647
Toll-free line 877-405-4570

---

National Association for Gun Rights
www.NationalGunRights.org<http://www.nationalgunrights.org/>

---

501 Main Street, Suite 200
Windsor, Colorado 80550
Fax Line (202) 351-0528
dwb@NAGRHQ.org<mailto:dwb@nagrhq.org>

---

About NAGR<http://www.nationalgunrights.org/about-us-2/our-strategy/> & Dudley Brown<http://www.nationalgunrights.org/about-us-2/our-strategy/>
Join NAGR<http://www.nagr.org/websitedonate1.aspx> - NAGR's Strategy<http://www.nationalgunrights.org/about-us-2/our-strategy/>

From: Mike Rothfeld [mailto:mir@saberinc.net]
Sent: Tuesday, April 24, 2012 2:30 PM
To: Dudley Brown
Subject: RE: PA

Yes, but someone else would probably have to do most of the work.

b r

From: Dudley Brown [mailto:dwb@nagrhq.org]<mailto:[mailto:dwb@nagrhq.org]>
Sent: Tuesday, April 24, 2012 4:25 PM
To: mir@saberinc.net<mailto:mir@saberinc.net>
Subject: PA

Any -- ANY -- chance Public Advocate would mail in a local race where civil unions is a big issue?


Dudley Brown
Executive Vice President

Direct Office Line 970-482-7647
Toll-free line 877-405-4570

---

National Association for Gun Rights
www.NationalGunRights.org<http://www.nationalgunrights.org/>

---

501 Main Street, Suite 200
Windsor, Colorado 80550
Fax Line (202) 351-0528
dwb@NAGRHQ.org<mailto:dwb@nagrhq.org>

---

About NAGR<http://www.nationalgunrights.org/about-us-2/our-strategy/> & Dudley Brown<http://www.nationalgunrights.org/about-us-2/our-strategy/>
Join NAGR<http://www.nagr.org/websitedonate1.aspx> - NAGR's Strategy<http://www.nationalgunrights.org/about-us-2/our-strategy/>