# EXHIBIT C

**Lucius B. O'Dell**

| | |
|---|---|
| From: | Dudley Brown |
| Sent: | Thursday, April 26, 2012 11:44 AM |
| To: | mir@saberinc.net |
| Subject: | Potential Public Advocate Involvement in two Colorado legislative races |

Eugene and Mike,

Below is a run-down of a particular State House race in Colorado we're working on. It is one of quite a number of primaries where Public Advocate could do negative mail on a candidate, and make a splash to defeat pro-gay marriage Republicans. Another race where PA could play a major role is in State Senate District 8, where a pro-gay marriage incumbent is being challenged by a pro-family State Representative.

Today the Colorado Senate is debating the Civil Unions bill on the floor. It's going to pass the Senate, and end up in the House where the situation is tenuous at best.

Put simply: The gay lobby smells blood in the water, and if some pro-gay legislators don't lose their primaries, I fear Colorado will tumble in the 2013 session, regardless of which party controls either chamber (it's split now).

What I propose is that PA pay for mailing in at least two races: one is House District 48 (detailed below), as well as Senate District 8 (memo forthcoming). My staff and I would do all the work, but we'd want PA to sign off, put it's name on the dotted line, and pay for the mailings.

I would counsel mailing slick and glossies, with the "two men kissing" photo. This could be accomplished for less than $1200 in the State House seat, and double that for the State Senate seat.

I'm happy to talk about it -- you and I met so long ago that I can't remember the decade -- if you'd care to.

Dudley

--------------------------------

# CO-State House District 48
## Overview
HD-48 is made up of portions of Weld County, one of Colorado's most consistently conservative counties. It is part of the 4th Congressional District which pro-family champion Marilyn Musgrave used to represent.

**HD-48 Party Registration**

| Republican | Democrat | Unaffiliated |
|---|---|---|
| 45.25% | 22.17% | 32.33% |

**HD-48 2010 U.S. Senate Election**

| Ken Buck (R) | Michael Bennet (D) | Minor Party Candidates |
|---|---|---|
| 61.35% | 33.98% | 4.67% |

**HD-48 2010 State Treasurer Election**

| Walker Stapleton (R) | Cary Kennedy (D) *Incumbent* |
|---|---|
| 63.71% | 36.29% |

HD-48 in a mixed rural/suburban district that should be represented by a pro-life, pro-family candidate.

## Candidates

**Steve Humphrey** is endorsed by Rocky Mountain Gun Owners PAC, and pro-life leaders across the state including State Senators Scott Renfroe, Ted Harvey, and David Schultheis. Steve – a military and law enforcement veteran -- is a Christian, and a licensed marriage and family therapist. He has returned the Christian Coalition of Colorado and Colorado for Family Values' survey's 100% in favor of traditional marriage, pro-life without exception, and opposed to civil unions. Steve Humphrey is a practitioner of no-compromise, confrontational politics.

His opponent **Jeffery Hare** is bad on guns, and government regulatory issues. Hare has also refused to return the Colorado For Family Values survey. He has also flip-flopped on the issue of civil unions.

He told NAGR Director of Political Affairs Lucius O'Dell (a delegate to the House District Assembly) twice that he would support civil union legislation currently be debated in the Colorado State Legislature.

**Civil Unions at Issue in CO**
Civil union legislation is currently being debated in the Colorado General Assembly. Last year, similar legislation was defeated by the one-vote majority of the Colorado House Republican caucus. Every single seat in the house matters, as a large group of liberal Republicans have formed a group to push for Republican support of civil unions. (More here: http://www.denverpost.com/legislature/ci_19662584?source=rsshomemiss)

## On the ground

A Public Advocate mailing, explaining Hare's support of civil union legislation could very well win the race for pro-family candidate Steve Humphrey.

A "Kissing piece" slick would be ideal

**HD-48 Republican Households**

| Universe | Total Voters | Households (at 75%) | Slick @ $0.35 cpp |
|---|---|---|---|
| 3 of 3 GOP Primary Elections | 2832 | 2124 | $743.40 |
| 2 of 3 Primaries | 2733 | 2049 | $717.15 |
| 1 of 3 Primaries | 4473 | 3355 | $1174.25 |

We believe a minimum for a mailing should be GOP voters who have voted in at least 2 of the last elections, excluding single female primary voters. This would place the mailing cost at approximately $1,460.55.

Our data department is working on getting more detailed Household numbers.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1913 / Virus Database: 2411/4960 - Release Date: 04/26/12