# EXHIBIT D

Lucius B. O'Dell

**From:** Dudley Brown
**Sent:** Thursday, April 26, 2012 12:49 PM
**To:** Lucius B. O'Dell
**Subject:** FW: FW: Potential Public Advocate involvement in two Colorado legislative races

Giddy up. Let's design the mailing slick.

You want to talk with Drew about it?


*Dudley Brown*
Executive Vice President

Direct Office Line  970-482-7647
Toll-free line      877-405-4570
-----------------------------------------
National Association for Gun Rights
www.NationalGunRights.org
-----------------------------------------
501 Main Street, Suite 200
Windsor, Colorado 80550
Fax Line   (202) 351-0528
dwb@NAGRHQ.org
-----------------------------------------
About NAGR & Dudley Brown
Join NAGR - NAGR's Strategy

---

**From:** Eugene Delgaudio [mailto:eugenedelgaudio@erols.com]
**Sent:** Thursday, April 26, 2012 12:49 PM
**To:** mir@saberinc.net
**Cc:** Dudley Brown
**Subject:** Re: FW: Potential Public Advocate involvement in two Colorado legislative races

On 4/26/2012 1:49 PM, Mike Rothfeld wrote:
willing to approve and fund it

Mike and Dudley,

I am willing to approve and fund it as outlined in Mike's and Dudley's memo

sincerely,

Eugene Delgaudio
President Public Advocate