IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02550-WYD-KMT

KRISTINA HILL,
BRIAN EDWARDS, and
THOMAS PRIVITERE,

       Plaintiffs,

  v.

PUBLIC ADVOCATE OF THE UNITED STATES,

       Defendant.

---

### DECLARATION OF ANJALI J. NAIR IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

---

I, Anjali Jayanand Nair, declare as follows:

1. I am a staff attorney at the Southern Poverty Law Center. I submit this Declaration in support of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion for Leave to File First Amended Complaint. I have personal knowledge of the facts recited below, and if called upon to testify concerning them under oath, I could and would do so competently.

2. I am co-counsel for Plaintiffs in this litigation. I have worked on this litigation with attorneys Christine Sun of the Southern Poverty Law Center, Daniel Williams, Christopher Larson, and Kathryn Feiereisel of Faegre Baker Daniels LLP, and attorneys Joseph Gratz and Daralyn Durie of Durie Tangri LLP.

3. Attached hereto as **Exhibit A** are true and correct copies of transcript excerpts from the Rule 30(b)(6) deposition taken of Defendant Public Advocate of the United States on March 18, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my memory and knowledge. Executed this 3rd day of May, 2013.

<u>*/s Anjali Nair*</u>
Anjali J. Nair
400 Washington Avenue
Montgomery, AL 36104