# EXHIBIT E

# Lucius B. O'Dell

**From:** Dudley Brown
**Sent:** Monday, April 30, 2012 10:25 AM
**To:** Lucius B. O'Dell
**Subject:** RE: PA copy

The copy you linked to for HD48:

Mailing Side
## Jeffery Hare's idea of "family values?"

Image: Two flamboyantly gay men embracing, in a romantic manner.

Side 2
## Protecting Weld County's families isn't Jeffery Hare's priority....
## ...He's joining Denver Liberal's attack on marriage in Colorado.

Jeff Hare turned her back on Senate District 8's conservative family values to help Denver Liberals force their radical homosexual agenda on the people of Colorado.
Jeffery Hare refuses to answer important questions about marriages, include whether or not he would oppose the radical homosexual lobby's attacks on traditional marriage. (1)
He even told a Weld County voter that he supported giving gays marriage benefits because government should "legislate morality."
Call Jeffery Hare and demand that he IMMEDIATELY cease and desist his attack on Colorado's family values. Demand that he apologize for pledging to give marriage benefits to homosexuals.

## Tell Jeffery Hare to stand up for Weld County's families, not the radical homosexual lobby.

(1) Colorado for Family Values survey (www.XXXXXXX.com)
(2) Statements available on Colorado for Family Values website

*Dudley Brown*
Executive Vice President

Direct Office Line  970-482-7647
Toll-free line         877-405-4570
-------------------------------------------
National Association for Gun Rights
www.NationalGunRights.org
-------------------------------------------
501 Main Street, Suite 200

Windsor, Colorado 80550
Fax Line (202) 351-0528
dwb@NAGRHQ.org

------------------------------------------

About NAGR & Dudley Brown
Join NAGR - NAGR's Strategy

---

**From:** Lucius B. O'Dell
**Sent:** Monday, April 30, 2012 10:23 AM
**To:** Dudley Brown
**Subject:** RE: PA copy

Please elaborate on both points.

Cheers,

-LBO

National Association for Gun Rights
www.NationalGunRights.org

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message and all attachments.*

---

**From:** Dudley Brown
**Sent:** Monday, April 30, 2012 10:23 AM
**To:** Lucius B. O'Dell
**Subject:** RE: PA copy

Re-read HD48 copy. Needs re-writing. SD8? Her?


*Dudley Brown*
Executive Vice President

Direct Office Line  970-482-7647
Toll-free line       877-405-4570
------------------------------------------
National Association for Gun Rights
www.NationalGunRights.org
------------------------------------------
501 Main Street, Suite 200
Windsor, Colorado 80550
Fax Line (202) 351-0528
dwb@NAGRHQ.org
------------------------------------------

About NAGR & Dudley Brown
Join NAGR - NAGR's Strategy

---

**From:** Lucius B. O'Dell
**Sent:** Thursday, April 26, 2012 5:03 PM

**To:** Dudley Brown
**Subject:** PA copy

I wrote some copy for the Public Advocate hits in SD-08 and HD-48. I had forgotten what Mark's looked like; I think it's too busy and has too much copy. Images are EVERYTHING for this piece.

Once we get some other samples from Andrew I'll talk to Drew about the pieces.

W:\PA_HD48_Slick_Copy.docx

W:\PA_SD08_Slick_Copy.docx

**Lucius B. O'Dell**
*Director of Operations*

**National Association for Gun Rights**
P.O. Box 7002
Fredericksburg, VA 22404

Office: (970) 460-9003
Mobile: (970) 222-0916
Fax: (202) 351-0528

*http://www.NationalGunRights.org*
*lbo@nagrhq.org*

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message and all attachments.*

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1913 / Virus Database: 2411/4969 - Release Date: 04/30/12

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1913 / Virus Database: 2411/4969 - Release Date: 04/30/12