# EXHIBIT F

# Lucius B. O'Dell

**From:** Zach Lautenschlager
**Sent:** Tuesday, May 01, 2012 11:21 AM
**To:** Lucius B. O'Dell
**Subject:** RE: Public Advocate

The CCC piece is weak.

Like the other one, though.

Best Regards,

Zach Lautenschlager

---

National Association for Gun Rights
501 Main Street, Ste 200
Windsor, Colorado 80550
p. 970.460.9012
f. 202.351.0528
c. 970.573.1628
zcl@nagrhq.org
www.NationalGunRights.org

---

About NAGR & NAGR's Strategy

---

**From:** Lucius B. O'Dell
**Sent:** Tuesday, May 01, 2012 11:04 AM
**To:** Drew Brown
**Cc:** Eric Jones; Dudley Brown; Zach Lautenschlager
**Subject:** RE: Public Advocate

Eric should be setting them up for you today.

Cheers,

-LBO

National Association for Gun Rights
www.NationalGunRights.org

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message and all attachments.*

**From:** Drew Brown
**Sent:** Tuesday, May 01, 2012 11:03 AM
**To:** Lucius B. O'Dell
**Cc:** Dudley Brown; Zach Lautenschlager
**Subject:** RE: Public Advocate

I don't have those drives....

**Andrew Brown**
Creative Department
NATIONAL ASSOCIATION FOR GUN RIGHTS
www.NationalGunRights.org

---

**From:** Lucius B. O'Dell
**Sent:** Tuesday, May 01, 2012 11:02 AM
**To:** Drew Brown
**Cc:** Dudley Brown; Zach Lautenschläger
**Subject:** Public Advocate

Drew,

I need you to work on a slick for me. We're going to have two variations of it (one for SD-08 and one for HD-48). We're copying a piece we call the "Kissing Piece." (Samples of the piece we're copying are here: W:\mail samples)

Copy for each is here: W:\Public Advocate

This piece is all about the visuals. I need a draft by Noon, next Tuesday (5/8).

Please feel free to talk to Dudley or I if you need more direction.

Thanks,

**Lucius B. O'Dell**
*Director of Operations*

**National Association for Gun Rights**
P.O. Box 7002
Fredericksburg, VA 22404

Office: (970) 460-9003
Mobile: (970) 222-0916
Fax: (202) 351-0528

*http://www.NationalGunRights.org*
*lbo@nagrhq.org*

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message and all attachments.*

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1913 / Virus Database: 2411/4971 - Release Date: 05/01/12