**EXHIBIT G**

**CONFIDENTIAL**

Date: Mon, 07 May 2012 14:10:58 -0400
From: "Dudley Brown" <director@rmgo.org>
Subject: Colorado PA Mailings with citations
To: <EugeneDelgaudio@erols.com>
Cc: "Mike Rothfeld" <mlr@saberinc.net>, <lbo@nagrhq.org>

Eugene,

Attached are the mail piece designs, as well as citations.

Civil Unions bill is up on the House floor tomorrow, and THE most contentious issue right now. I had friends (and a few staff members, who "volunteered") lit drop the turncoat State Rep's church yesterday. Her lone vote gave this bill life, and coming from a former staffer for Congresswoman Marilyn Musgrave, stung all the more. Other lit drops happened at the Majority Leader's church (remember Ted Haggard? His former church).

We would be happy to make this all happen through a Colorado mail shop, or use a Virginia mail shop you normally use. Mail needs to drop on 5/28.

Please advise.

**Dudley Brown**
Executive Director

Direct Office Line  970-482-7646
Toll-free line        888-874-3006
---
Rocky Mountain Gun Owners
Colorado's Largest Gun Rights Organization
---
PO Box 27
Windsor, Colorado 80550
Phone   (888) 874-3006
Fax Line  (202) 351-0528
http://www.rmgo.org
director=@=rmgo.org   (= must be removed)
---
About RMGO and Dudley Brown
Join RMGO - RMGO's Strategy



Slicks attached.

CONFIDENTIAL

**Jeffery Hare**
- Signed statement by LBO attached
- Refused CFV survey attached

**Jean White**
- Senate Roll Call vote for Civil Unions in 2012: SB12-002, Senate Journal Page 888 (April 26, 2012)
- Senate Roll Call vote for Civil Unions in 201: SB11-172, Senate Journal Page 556 (March 24, 2011)
- Vote for Long Appropriates bill which included funding for Planned Parenthood: HB12-1335. Senate Journal Page 773 (April 18, 2012)

Attachment: HD48-Slick.pdf (3325k bytes) Open

Attachment: SD06-Slick.pdf (5776k bytes) Open

Attachment: Hare Statement.pdf (68k bytes) Open

Attachment: CFV_Hare letter.pdf (959k bytes) Open



JEFFERY HARE'S VISION FOR WELD COUNTY?

Public Advocate 00084

# PROTECTING WELD COUNTY'S FAMILIES ISN'T JEFFERY HARE'S PRIORITY....

## ...HE'S JOINING DENVER LIBERAL'S ATTACK ON MARRIAGE IN COLORADO.

✘ Hare refuses to answer important questions about marriages, include whether or not he would oppose the radical homosexual lobby's attacks on traditional marriage. (1)

✘ He even told a Weld County voter that he supported giving gays marriage benefits because government should "not legislate morality." (2)



Call Jeffery Hare and demand that he IMMEDIATELY cease and desist his attack on Colorado's family values. Demand that he apologize for pledging to give marriage benefits to homosexuals.

## TELL JEFFERY HARE TO STAND UP FOR WELD COUNTY'S FAMILIES, NOT THE RADICAL HOMOSEXUAL LOBBY!

(1) Colorado for Family Values survey (www.XXXXXX.com)  (2) Statements available on Colorado for Family Values website

**Public Advocate of the United States**
5613 Leesburg Pike, Suite 17
Falls Church, VA 22041
PublicAdvocateUSA.org

Public Advocate 00085



STATE SENATOR JEAN WHITE'S IDEA OF "FAMILY VALUES?"

Public Advocate 00086

# PROTECTING COLORADO'S FAMILIES ISN'T JEAN WHITE'S PRIORITY

## ...SHE'S JOINING DENVER LIBERAL'S ATTACK ON TRADITIONAL MARRIAGE IN COLORADO.

✗ During her short time in office, Jean White has TWICE stood with liberal Democrats and voted to give marriage benefits to homosexual couples. (1)

She's even voted YES to give taxpayer funds to ABORTION-ON-DEMAND provide Planned Parenthood. (2)



Call Jean White and demand that she IMMEDIATELY end her war on Colorado's family values.

Demand that she apologize for voting to give marriage benefits to homosexuals.

## TELL JEAN WHITE TO STAND UP FOR NORTHWESTERN COLORADO'S FAMILIES, NOT THE RADICAL HOMOSEXUAL LOBBY.

(1) SB12-002, Colorado State Senate Journal Page 868 (April 26, 2012) - SB11-172, (2) SB12-1335, The Long Bill, Journal Page XXX Journal Page 556 (March 24, 2011) - (2) SB12-1335, The Long Bill, Journal Page XXX

**Public Advocate of the United States**
5613 Leesburg Pike, Suite 17
Falls Church, VA 22041
PublicAdvocateUSA.org

Public Advocate 00087