UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02550-WYD-KMT

KRISTINA HILL;
BRIAN EDWARDS; and,
THOMAS PRIVITERE,

    Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES;
NATIONAL ASSOCIATION FOR GUN RIGHTS;
ROCKY MOUNTAIN GUN OWNERS;
LUCIUS O'DELL;
ANDREW BROWN; and,
DUDLEY BROWN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court upon review of the record. In light of the plaintiffs' First Amended Complaint And Jury Demand [ECF No. 92], filed on May 29, 2013, it is

    ORDERED that defendant, Public Advocate of the United States's, Motion To Dismiss [ECF No. 22], filed on November 2, 2012, is **DENIED AS MOOT**.

    Dated: May 29, 2013.

                                    BY THE COURT:

                                    /s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior U. S. District Judge