# EXHIBIT A

PUBLIC ADVOCATE          # CONFIDENTIAL

EXHIBIT

17 Delgaudio

MR 2-18-13

Date: Mon, 21 May 2012 11:17:40 -0400
From: "Lucius B. ODell" <lbo@nagrhq.org>
Subject: FW: Invoice for PA Mailings
To: "Eugene Delgaudio (eugenedelgaudio@erols.com)" <eugenedelgaudio@erols.com>
Cc: Dudley Brown <dwb@nagrhq.org> , "chuck@spectrummarketing.com" <chuck@spectrummarketing.com>

Eugene,

Here are the invoices for the Colorado mailings.  Also attached are the two mailings
for your records.

Chuck has attached ACH instructions if you'd prefer to do that over sending a check
overnight.

I'll have someone on my staff work-up talking points on each race for you, should you
get press calls.

Cheers,

-LBO

National Association for Gun Rights
www.NationalGunRights.org

This message may contain confidential and/or privileged information. If you are not the
addressee or authorized to receive this for the addressee, you must not use, copy,
disclose, or take any action based on this message or any information herein. If you
have received this message in error, please advise the sender immediately by reply e-
mail and delete this message and all attachments.


-----Original Message-----
From: Chuck McGee [mailto:chuck@spectrummarketing.com]
Sent: Monday, May 21, 2012 6:54 AM
To: Lucius B. O'Dell
Subject: Invoice for PA Mailings
Importance: High

Luke, our goal is to enter and ship these tomorrow. I'll need a deposit of 50% by
12noon EST tomorrow, please.
Overnight check, credit card or ACH transfer (check by fax) all accepted.

Please let me know where to send samples.

# CONFIDENTIAL

Sincerely, Chuck

Chuck McGee
Vice President
Political & Corporate Communications

Spectrum Marketing Companies, Inc.
Direct Mail  |  Printing  |  Signs  |  Publishing  |  Graphic Design
 Web Design  |  Email Marketing
95 Eddy Road, Suite 101, Manchester, NH 03102
(603) 627-0042 (603) 627-1637 fax (603) 496-0639 cell chuck@spectrummarketing.com
http://www.spectrummarketing.com

-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2176 / Virus Database: 2425/5013 - Release Date: 05/21/12

Attachment: Inv_266323_from_Spectrum_Marketing_Companies_4112.pdf (105k bytes) Open

Attachment: ACH-CheckGuide.pdf (1993k bytes) Open

Attachment: Spectrum-ACH Payment Authorization.pdf (47k bytes) Open

Attachment: PAUS-MLR2-0512.pdf (5073k bytes) Open

Attachment: PAUS-MLR-0512.pdf (1585k bytes) Open

# CONFIDENTIAL



## SPECTRUM
### MARKETING COMPANIES

DIRECTMAIL | PRINTING | PUBLISHING | GRAPHIC DESIGN | SIGN PRINTING

## Invoice

| DUE DATE | INVOICE NO. |
|----------|-------------|
| 5/21/2012 | 266323 |

BILL TO:

**PUBLIC ADVOCATE OF THE UNITED STATES, INC**
**5613 LEESBURG PIKE, STE 17**
**FALLS CHURCH, VA 22041**

Please charge my credit card: ___Visa ___MC ___Disc ___A.E.

Card#_____

Amount:_____ Exp Date:_____

Security Code: _____

Name on Card: _____

Signature: _____

Publishers of Spectrum Monthly
A Richard Pease / Brian Mikol Publication
603-627-0042 FAX: 603-627-1637
www.spectrummarketing.com

<u>Remit Payments to:</u>

**Spectrum Marketing Companies**
**95 Eddy Road, Suite 101**
**Manchester, NH 03102**

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | DUE UPON RECEIPT | CM |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| DIRECT MAIL | SD-08 JEAN WHITE ISSUE ADVOCACY MAILER #1 8.5" X 5.5" FULL COLOR, 9PTC2S, 3,752 | | 1,517.97 | 1,517.97 |
| DIRECT MAIL | KD-48 JEFFERY HARE 8.5" X 5.5" FULL COLOR, 9PTC2S, 4,447 | | 1,649.17 | 1,649.17 |
| Insertion Order # | 236089 | | Invoice Total | $3,167.14 |
| | | | Payments/Credits | $0.00 |
| | | | **Balance Due** | **$3,167.14** |

## WE APPRECIATE YOUR BUSINESS!
## THANK YOU!

Public Advocate 00094

# CONFIDENTIAL

 **SPECTRUM** MARKETING COMPANIES

## ACH Payment Authorization

I (we) hereby authorize Spectrum Monthly Inc (DBA - Spectrum Marketing Companies) to initiate debit entries to my account indicated below and to credit the Spectrum Monthly Inc account at Centrix Bank. I (we) acknowledge that the origination of ACH transactions to this account must comply with the provisions of U.S. law.

## Account Information (or attach a voided check with the signed form)

_____

Financial Institution Name         Branch

_____

Beneficiary Account Name

_____

Address      City/State      Zip

_____ Type of Account _____ Checking _____ Savings

Routing Number      Account Number

## ☐ Single Transaction Authorization

Amount to be withdrawn:_____ Date to be withdrawn:_____

## ☐ Multiple Transaction Authorization & Schedule

Amount to be withdrawn per transaction:_____ # of withdrawals:_____

Total amount to be withdrawn:_____

Date of first withdrawal:_____ Schedule of remaining withdrawals:_____

This authority is to remain in full force and effect until my authorization with Spectrum Monthly Inc has been terminated or until Spectrum Monthly Inc has received written notification from me (or any authorized person) of its termination in such time and manner as to afford Spectrum Monthly Inc and Centrix Bank a reasonable opportunity to act on it.

_____    _____    _____

Print Individual Name      Signature      Date

## PLEASE ATTACH A VOIDED CHECK TO THIS FORM

Spectrum Marketing Companies, Inc. – 95 Eddy Road, Suite 101  Manchester, NH 03102  603-627-0042

Public Advocate 00095

# FILL OUT CHECK COMPLETELY AND FAX TO 603-627-1637



**YOUR COMPANY CHECK**
OPERATING ACCOUNT
95 EDDY RD, SUITE 101
MANCHESTER, NH 03102

16780

54-202/114

DATE 12/16/08

PAY
TO THE
ORDER OF _Spectrum Marketing Companies_    $ 0.00

_Zero dollars and 00/100_ DOLLARS

Centrix Bank & Trust
Bedford, NH

FOR _Authorized for ACH Payment_

⑈0 6 7 8 0⑈

PLEASE
INCLUDE
THIS LINE

MUST SIGN

Public Advocate 00102



JEFFREY HARE'S
VISION FOR
WELD COUNTY?

Public Advocate 00103

# WHO'S SIDE IS JEFFREY HARE ON?

## HARE KEEPS FLIP-FLOPPING ON SUPPORTING THE HOMOSEXUAL AGENDA.

✗ First, Jeffrey Hare refused to answer important questions about marriage, including whether or not he supports the radical homosexual lobby's attack on traditional marriage. (1)

✗ Then, he even told a Weld County voter that he supported giving homosexual couples marriage benefits because government shouldn't legislate morality. (2)



Now, Jeffrey Hare is flip-flopping like a typical politician just to stay on the right side of Weld County's conservative voters.

## TELL JEFFREY HARE TO STOP FLIP-FLOPPING AND STAND UP FOR WELD COUNTY'S FAMILIES — NOT THE RADICAL HOMOSEXUAL LOBBY

**Public Advocate of the United States**
5613 Leesburg Pike, Suite 17
Falls Church, VA 22041
PublicAdvocateUSA.org

(1) Colorado for Family Values survey ( http://www.coloradoforfamilyvalues.org/2012survey)   (2)  http://www.coloradoforfamilyvalues.org/2012survey

Public Advocate 00104



STATE SENATOR JEAN WHITE'S

IDEA OF "FAMILY VALUES?"

Public Advocate 00105

# PROTECTING COLORADO'S FAMILIES ISN'T JEAN WHITE'S PRIORITY...

### ...SHE'S JOINING DENVER LIBERAL'S ATTACK ON TRADITIONAL MARRIAGE IN COLORADO.

✗ During her short time in office, Jean White has TWICE stood with liberal Democrats and voted to give marriage benefits to homosexual couples. (1)

✗ She's even voted YES to give taxpayer funds to ABORTION-ON-DEMAND provider Planned Parenthood. (2)



Call Jean White and demand that she **IMMEDIATELY** end her war on Colorado's family values.

Demand that she apologize for voting to give marriage benefits to homosexuals.

## TELL JEAN WHITE TO STAND UP FOR NORTHWESTERN COLORADO'S FAMILIES NOT THE RADICAL HOMOSEXUAL LOBBY

(1) SB12-002, Colorado State Senate Journal Page 888 (April 26, 2012) · SB11-172, Journal Page 556 (March 24, 2011) · (2) HB12-1335, The Long Bill, Journal Page 775

**Public Advocate of the United States**
5613 Leesburg Pike, Suite 17
Falls Church, VA 22041
PublicAdvocateUSA.org

PRSRT STD
U.S. POSTAGE
PAID
Sparta's Publication
Company