# EXHIBIT B

# CONFIDENTIAL

**Subject:** PA mailings in Colorado
**From:** "Lucius B. O'Dell" <lbo@nagrhq.org>
**Date:** 5/14/2012 4:38 PM
**To:** "Eugene Delgaudio (eugenedelgaudio@erols.com)" <eugenedelgaudio@erols.com>, Dudley Brown <dwb@nagrhq.org>

Eugene,

I'd like to mail the following universes for the two pieces you've seen:

HD-48, Republican Primary voters who have voted in 2 or 3 of the last 3 primary elections and newly registered voters: 4,625
SD-08, Republican Primary voters who have voted in 2 or 3 of the last 3 primary elections and newly registered voters: 5,006

Provided we get your Non-Profit paperwork to Chuck, we should be able to mail the flats at $0.176 per piece. Postage for both pieces should run around $1,700.

Please let me know if this is acceptable.

Regards,

Lucius B. O'Dell
*Director of Operations*

National Association for Gun Rights
P.O. Box 7002
Fredericksburg, VA 22404

Office: (970) 460-9003
Mobile: (970) 222-0916
Fax: (202) 351-0528

http://www.NationalGunRights.org
lbo@nagrhq.org

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message and all attachments.*


EXHIBIT
15 Delgaudio
MJ 3-18-13