# EXHIBIT C

# Protecting Colorado's families isn't Jean White's priority....

## ...She's joining Denver Liberal's attack on traditional marriage in Colorado.



**X** During her short time in office, Jean White has TWICE stood with liberal Democrats and voted to give marriage benefits to homosexual couples. (1)

**X** She's even voted YES to give taxpayer funds to ABORTION-ON-DEMAND provider Planned Parenthood. (2)

Call Jean White and demand that she IMMEDIATELY end her war on Colorado's family values. Demand that she apologize for voting to give marriage benefits to homosexuals.

## Tell Jean White to stand up for Northwestern Colorado's families, not the radical homosexual lobby.

**Public Advocate of the United States**
5613 Leesburg Pike, Suite 17
Falls Church, VA 22041
PublicAdvocateUSA.org



NONPROFIT ORG.



********AUTO**5-DIGIT 81625 T6 P1

81625-2950



EXHIBIT
S. Delgaud
MJ 3-18-13

(1) SB12-002, Colorado State Senate Journal Page 888 (April 26, 2012) · SB11-172, Journal Page 556 (March 24, 2011) · (2) HB12-1335, The Long Bill, Journal Page 773



State Senator Jean White's idea of "family values?"