# EXHIBIT D



# PROTECTING WELD COUNTY'S FAMILIES ISN'T JEFFERY HARE'S PRIORITY....

## ...HE'S JOINING DENVER LIBERAL'S ATTACK ON MARRIAGE IN COLORADO.

✘ Hare refuses to answer important questions about marriages, include whether or not he would oppose the radical homosexual lobby's attacks on traditional marriage. (1)

✘ He even told a Weld County voter that he supported giving gays marriage benefits because government should "not legislate morality." (2)



Call Jeffery Hare and demand that he IMMEDIATELY cease and desist his attack on Colorado's family values.  Demand that he apologize for pledging to give marriage benefits to homosexuals.

## TELL JEFFERY HARE TO STAND UP FOR WELD COUNTY'S FAMILIES,
## NOT THE RADICAL HOMOSEXUAL LOBBY!

[1] Colorado for Family Values survey [www.XXXXXXX.com]   [2] Statements available on Colorado for Family Values website

**Public Advocate of the United States**
5613 Leesburg Pike, Suite 17
Falls Church, VA 22041
PublicAdvocateUSA.org