DUDLEY BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02550-WYD-KMT

VIDEOTAPE DEPOSITION OF: DUDLEY BROWN
August 15, 2013

KRISTINA HILL, BRIAN EDWARDS, and THOMAS PRIVITERE,

Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES, NATIONAL
ASSOCIATION FOR GUN RIGHTS, ROCKY MOUNTAIN GUN OWNERS,
LUCIUS O'DELL, ANDREW BROWN, and DUDLEY BROWN,

Defendants.

        PURSUANT TO NOTICE, the videotape
deposition of DUDLEY BROWN was taken on behalf of the
Plaintiffs at 1700 Lincoln Street, Suite 3200, Denver,
Colorado 80203, on August 15, 2013, at 10:04 a.m.,
before Linda M. Koenig, Registered Professional
Reporter and Notary Public within Colorado.

| | | |
|---|---|---|
| 1 | DUDLEY BROWN | |
| 2 | organization and knew they were interested in that | 10:59:56 |
| 3 | issue. | 11:00:00 |
| 4 | Q. Had you previously worked on any projects | 11:00:01 |
| 5 | together with Mr. Delgaudio, either you individually | 11:00:05 |
| 6 | or with your organizations? | 11:00:09 |
| 7 | A. No, sir. | 11:00:11 |
| 8 | MR. MILLS: Sam, we've been going about | 11:00:29 |
| 9 | an hour. Let me know when you think it's a good time | 11:00:32 |
| 10 | for a break. | 11:00:35 |
| 11 | MR. WOLFE: We can take a break now, | 11:00:38 |
| 12 | actually. | 11:00:39 |
| 13 | MR. MILLS: Okay. Great. | 11:00:40 |
| 14 | THE VIDEOGRAPHER: Going off the record | 11:00:41 |
| 15 | at 11:00 o'clock. | 11:00:42 |
| 16 | (Recess taken, 11:00 a.m. to 11:12 a.m.) | 11:00:45 |
| 17 | THE VIDEOGRAPHER: Back on the record at | 11:12:24 |
| 18 | 11:12. | 11:12:26 |
| 19 | Q. (BY MR. WOLFE) Did you personally have | 11:12:33 |
| 20 | any telephone conversations with -- with anyone from | 11:12:34 |
| 21 | Public Advocate with respect to the mailers? | 11:12:39 |
| 22 | A. Yes. | 11:12:45 |
| 23 | Q. And who was that with? | 11:12:47 |
| 24 | A. Eugene Delgaudio. | 11:12:49 |
| 25 | Q. And approximately when did that telephone | 11:12:51 |

| 1 | DUDLEY BROWN | |
|---|---|---|
| 2 | conversation take place? | 11:12:53 |
| 3 | A. I don't know. | 11:13:01 |
| 4 | Q. What was the content of the conversation? | 11:13:03 |
| 5 | A. It was almost verbatim what was in the | 11:13:12 |
| 6 | email that I had sent him previous to the phone | 11:13:19 |
| 7 | conversation that's in the record that I -- that I | 11:13:23 |
| 8 | released in the subpoena documents. | 11:13:27 |
| 9 | It was an assessment of the issue out | 11:13:30 |
| 10 | here in Colorado on civil unions and gay marriage and | 11:13:33 |
| 11 | my personal and political beliefs on what direction it | 11:13:40 |
| 12 | was going to head and encouragement to Public Advocate | 11:13:44 |
| 13 | to do something about it, to get -- to begin a | 11:13:53 |
| 14 | vigorous issue discussion in this state, especially | 11:13:58 |
| 15 | with those politicians who are cornerstone or keystone | 11:14:04 |
| 16 | on the issue. | 11:14:11 |
| 17 | Q. I'm going to show you what everyone has | 11:14:51 |
| 18 | seen before, and this is complaint Exhibit C. | 11:14:55 |
| 19 | MR. MILLS: Are you going to make it a | 11:14:59 |
| 20 | deposition exhibit? | 11:15:00 |
| 21 | MR. WOLFE: Amended complaint Exhibit C, | 11:15:01 |
| 22 | and I will make it a deposition exhibit. | 11:15:05 |
| 23 | MR. MILLS: Do you have copies? | 11:15:09 |
| 24 | MR. WOLFE: I do have a couple of copies. | 11:15:11 |
| 25 | MR. MILLS: And are you going to mark | 11:15:16 |

| | |
|---|---|
| 1 | DUDLEY BROWN | |
| 2 | this as an exhibit? | 11:15:17 |
| 3 | MR. ARRINGTON: I would ask that the | 11:15:19 |
| 4 | document be marked before the witness peruses it, so | 11:15:21 |
| 5 | the record is clear. | 11:15:25 |
| 6 | MR. WOLFE: Do we know what exhibit | 11:15:26 |
| 7 | number we're on? | 11:15:30 |
| 8 | MR. ARRINGTON: We're at Exhibit 33, by | 11:15:48 |
| 9 | my calculations; right? | 11:15:50 |
| 10 | (Deposition Exhibit 33 was marked.) | 11:15:51 |
| 11 | Q. (BY MR. WOLFE) Do you recognize that? | 11:15:55 |
| 12 | A. Yes, sir. | 11:15:56 |
| 13 | Q. What is it? | 11:15:57 |
| 14 | A. It's an email to Mike -- it says to | 11:15:59 |
| 15 | Mike -- I believe it was a copy I sent -- if I have | 11:16:08 |
| 16 | the origins properly, it was a copy of what I -- I | 11:16:13 |
| 17 | sent to Mike Rothfeld to send to Eugene or I sent it | 11:16:20 |
| 18 | directly to Eugene, one of the two. I'd have to look | 11:16:25 |
| 19 | through the documents that we submitted to you in the | 11:16:29 |
| 20 | subpoena to know for certain. | 11:16:33 |
| 21 | Q. Is this the email that you referred to a | 11:16:35 |
| 22 | moment ago? | 11:16:37 |
| 23 | A. Yes, sir. | 11:16:37 |
| 24 | Q. And that's the best record of the content | 11:16:41 |
| 25 | of your telephone call -- your initial telephone call | 11:16:47 |

| | |
|---|---|
| 1 | DUDLEY BROWN | |
| 2 | with Mr. Delgaudio -- your initial telephone call with | 11:16:51 |
| 3 | Mr. Delgaudio? | 11:16:54 |
| 4 | A. Yes, sir. | 11:16:55 |
| 5 | Q. Does that email refresh your memory as to | 11:17:06 |
| 6 | the contents of that telephone call? | 11:17:08 |
| 7 | A. Yes. | 11:17:16 |
| 8 | Q. And in particular, what was your | 11:17:18 |
| 9 | communication with Mr. Delgaudio with respect to the | 11:17:22 |
| 10 | two candidates mentioned in the mailers? | 11:17:24 |
| 11 | A. I'm sorry. What was my -- could you | 11:17:32 |
| 12 | repeat that. | 11:17:35 |
| 13 | (The last question was read back as | 11:17:45 |
| 14 | follows: "And in particular, what was your | 11:17:45 |
| 15 | communication with Mr. Delgaudio with respect to the | 11:17:45 |
| 16 | two candidates mentioned in the mailers?") | 11:17:45 |
| 17 | A. I was showing Mr. Delgaudio that these | 11:17:52 |
| 18 | two, in particular, candidates for office were | 11:17:55 |
| 19 | politicians who were vulnerable on the issue. They | 11:18:00 |
| 20 | could change their views, votes on this particular | 11:18:09 |
| 21 | issue if pressured enough. | 11:18:14 |
| 22 | Q. (BY MR. WOLFE) Did they change their | 11:18:18 |
| 23 | position on the issue? | 11:18:20 |
| 24 | A. Well, for Ms. -- former Senator White, I | 11:18:28 |
| 25 | don't know. She's no longer in the legislature. For | 11:18:32 |