IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02550-WYD-KMT

KRISTINA HILL,
BRIAN EDWARDS, and
THOMAS PRIVITERE,

    Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES,
NATIONAL ASSOCIATION OF GUN RIGHTS,
ROCKY MOUNTAIN GUN OWNERS,
LUCIUS O'DELL,
ANDREW BROWN, and
DUDLEY BROWN,

    Defendants.

_____

**OFFER OF JUDGMENT**
_____

    Public Advocate of the United States' offer of judgment is attached.

*/s/ Barry K. Arrington*

_____

Barry K. Arrington
Arrington Law Firm
7340 East Caley Avenue
Suite 360
Centennial, Colorado   80111
E-Mail: barrry@arringtonpc.com
Phone: 303.205.7870
Fax: 303.463.0410

CERTIFICATE OF SERVICE

The undersigned certifies that on May 25, 2014 a true and correct copy of the foregoing was served via the Court's the CM/ECF system on:

Daniel D. Williams, Esq.
Christopher L. Larson, Esq.
Kathryn A. Feiereisel, Esq.
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado   80203-4532

Samuel Wolfe, Esq.
Anjali J. Nair
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama   36104

Daralyn J. Durie, Esq.
Joseph C. Gratz, Esq.
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, California   94111

Terrance L. Ryan, Esq.
The Terry Ryan Law Firm, LLC
800 Marshall Street
Fort Collins, Colorado   80525

Laurin H. Mills, Esq.
LeClairRyan, PC-Alexandria
2318 Mill Road
Suite 1100
Alexandria, Virginia   22314

*/s/ Barry K. Arrington*
_____
Barry K. Arrington

**Notice of Offer of Judgment under Rule 68, Fed. R. Civ. P.**
**SUBJECT TO F.R.E. 408**

*Sent via email only*

May 5, 2014

Daniel D. Williams, Esq. - dan.williams@FaegreBD.com
Christopher L. Larson, Esq. - Chris.Larson@FaegreBD.com
Kathryn A. Feiereisel, Esq. - katie.feiereisel@faegrebd.com
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532

Anjali J. Nair - anjali.nair@splcenter.org
David Dinielli, Esq. - david.dinielli@splcenter.org
Sam Wolfe, Esq. - sam.wolfe@splcenter.org
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104

Daralyn J. Durie, Esq. – ddurie@durietangri.com
Joseph C. Gratz, Esq. - jgratz@durietangri.com
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, California 94111

Re:   *Hill v. Public Advocate of the United States, et al.*,   Civil Action No. 12-cv-02550-WYD-KMT; Offer of Judgment under Rule 68, Fed. R. Civ. P.; Subject to F.R.E. 408

Dear Counsel:

Pursuant to Rule 68, Fed. R. Civ. P., in order to fully resolve all remaining claims set forth in the Amended Complaint on behalf of Plaintiff Hill in the above-referenced action, including but not limited to all claims, legal and equitable, related to or arising from the Mailers referenced in the Amended Complaint and all claims arising from the facts set forth in the complaint, Public Advocate offers the following terms:

1. Judgment – Public Advocate agrees to have judgment entered against it with respect to Count I of the Amended Complaint, specifically, a declaration that Public Advocate infringed Plaintiff Hill's copyright in the Photograph and without any finding or admission that such infringement was "willful" under 17 U.S.C. § 501;

Notice of Offer of Judgment under Rule 68, Fed. R. Civ. P.
F.R.E. 408 Communication
May 5, 2014
Page 2

2. <u>Damages</u> – Public Advocate agrees to pay Plaintiff Hill the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), which amount includes all costs accrued through the date of this offer as could be properly assessed under Rule 54(d), Fed. R. Civ. P., and also includes interest and attorney's fees.

3. <u>Attorney's Fees</u> – Public Advocate specifically notes that Plaintiff Hill is not entitled to an award of attorney's fees under 17 U.S.C. § 505 based on the restrictions set forth in 17 U.S.C. § 412, which reads in relevant part:

> In any action under this title . . . **no award of statutory damages or of attorney's fees**, as provided by sections 504 and 505, shall be made for—
>
> . . .
>
> (2) **any infringement of copyright commenced after first publication of the work and before the effective date of its registration** . . . .

17 U.S.C. § 412 (emphasis added). Based on the allegations in the Amended Complaint, Plaintiff Hill's copyright registration issued on July 3, 2012, which was subsequent to the alleged infringement by Public Advocate, and the Photograph was originally published on or about June 13, 2010.

4. <u>Use of the Photograph</u> - although Public Advocate ceased use of the Mailers before the issuance of Plaintiff Hill's copyright registration, Public Advocate recognizes that, as part of the declaration of rights requested in the Amended Complaint and as offered in this letter, it possesses no rights in the Photograph and that any future use of the Photograph would be governed by the U.S. Copyright Act.

5. <u>Entry of Judgment</u> – upon timely acceptance of this offer of judgment in writing, either party may file this notice of judgment with the Court and request that the Clerk enter judgment according to its terms.

6. <u>Expiration of Offer of Judgment</u> – this offer of judgment shall remain open for fourteen (14) days from the date of transmittal. If not accepted by the close of business on May 19, 2014, that is on or before 5:00 pm (EDT) of that date, then the offer expires by its own terms.

Sincerely,

/s/ Christopher M. Collins

Counsel for Public Advocate of the United States