IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02550-WYD-KMT

KRISTINA HILL,
BRIAN EDWARDS, and
THOMAS PRIVITERE,

    Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
ROCKY MOUNTAIN GUN OWNERS,
LUCIUS O'DELL,
ANDREW BROWN, and
DUDLEY BROWN,

    Defendants.

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

On May 16, 2014, within the timeframe allotted, Plaintiff Kristina Hill accepted the Offer of Judgment extended by Defendant Public Advocate of the United States, Dkt. 145. Wherefore, Plaintiff Hill respectfully requests that the Clerk enter judgment consistent with the Offer of Judgment set forth at Dkt. 145.

Dated:  May 28, 2014.                        *s/Daniel D. Williams*

                                                  Daniel D. Williams
                                                  Christopher L. Larson
                                                  Kathryn A. Feiereisel
                                                  FAEGRE BAKER DANIELS LLP
                                                  3200 Wells Fargo Center
                                                  1700 Lincoln Street
                                                  Denver, Colorado 80203-4532

Telephone: 303-607-3500
dan.williams@FaegreBD.com
christopher.larson@FaegreBD.com
katie.feiereisel@FaegreBD.com
Joseph C. Gratz
Daralyn J. Durie
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California 94111
Telephone: 415-362-6666
jgratz@durietangri.com
ddurie@durietangri.com

David C. Dinielli
Anjali J. Nair
Sam E. Wolfe
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: 334-956-8256
david.dinielli@splcenter.org.
anjali.nair@splcenter.org
sam.wolfe@splcenter.org

*Counsel for Plaintiffs KRISTINA HILL, BRIAN EDWARDS, and THOMAS PRIVITERE*

1

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 28th day of May 2014.

| | |
|---|---|
| Barry K. Arrington, Esq.<br>Arrington Law Firm<br>7340 East Caley Avenue, Suite 360<br>Centennial, CO 80111<br>barry@arringtonpc.com | Christopher M. Collins<br>Vanderpool, Frostick & Nishanian, P.C.<br>9200 Church Street, Suite 400<br>Manassas, VA 20110<br>ccollins@vfnlaw.com |
| Terrance L. Ryan<br>The Terry Ryan Law Firm, LLC<br>800 Marshall Street<br>Fort Collins, CO 80525<br>Rebecca@terryryanlaw.com | Laurin H. Mills<br>LeClair Ryan<br>2318 Mill Road, Suite 1100<br>Alexandria, VA 22314<br>Laurin.Mills@leclairryan.com |

                                              *s/ Daniel D. Williams*

2