**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02550-WYD-KMT

**KRISTINA HILL,**
BRIAN EDWARDS, AND
THOMAS PRIVITERE,,

    Plaintiff,

v.

**PUBLIC ADVOCATE OF THE UNITED STATES**,
NATIONAL ASSOCIATION OF GUN RIGHTS,
ROCKY MOUNTAIN GUN OWNERS,
LUCIUS O'DELL,
ANDREW BROWN, AND
DUDLEY BROWN,,

    Defendant.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

    Pursuant to the offer of judgment served on May 25, 2014 and the acceptance thereof filed May 28, 2014, with proof of service, it is

    ORDERED that judgment is hereby entered for KRISTINA HILL, and against PUBLIC ADVOCATE OF THE UNITED STATES, in the amount of $2,501.00 for copyright infringement as stated in Count One of the Amended Complaint [ECF Doc. No. 92].  It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of <u>0.09%</u> from the date of entry of judgment.

Dated at Denver, Colorado this 4th day of June, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

      By:  s/   E. Van Alphen
                Deputy Clerk