**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:12-cv-02550-WYD-KMT

KRISTINA HILL,
BRIAN EDWARDS, and
THOMAS PRIVITERE,

Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES,
NATIONAL ASSOCITION FOR GUN RIGHTS,
ROCKY MOUNTAIN GUN OWNERS,
LUCIUS B. O'DELL,
ANDREW BROWN, and
DUDLEY BROWN,

Defendants.

---

**NOTICE OF SETTLEMENT**

---

Plaintiffs, through undersigned counsel, hereby provide notice pursuant to D.C.Colo.L.Civ.R. 40.2(b), that they have settled their dispute with Defendants National Association for Gun Rights, Rocky Mountain Gun Owners, Lucius O'Dell, Dudley Brown, and Andrew Brown. A stipulation of dismissal is forthcoming.

Respectfully submitted this 15th day of July, 2014.

*s/Daniel D. Williams*
Daniel D. Williams
Christopher L. Larson
Kathryn A. Feiereisel
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532
Telephone: 303-607-3500
dan.williams@FaegreBD.com
christopher.larson@FaegreBD.com

David C. Dinielli
Samuel E. Wolfe
Anjali J. Nair
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone:  334-956-8255

Daralyn J. Durie
Joseph C. Gratz
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California 94111
Telephone:  415-362-6666
ddurie@durietangri.com
jgratz@durietangri.com

*Counsel for Plaintiffs KRISTINA HILL, BRIAN EDWARDS, and THOMAS PRIVITERE*

## Certificate of Service

I hereby certify that on July 15, 2014, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Barry K. Arrington, Esq.
Arrington Law Firm
7340 East Caley Avenue, Suite 360
Centennial, CO 80111
barry@arringtonpc.com

Terrance L. Ryan
The Terry Ryan Law Firm, LLC
800 Marshall Street
Fort Collins, CO 80525
Rebecca@terryryanlaw.com

Christopher M. Collins
Vanderpool, Frostick & Nishanian, P.C.
9200 Church Street, Suite 400
Manassas, VA 20110
ccollins@vfnlaw.com

Laurin H. Mills
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
laurin.mills@leclairryan.com

    *s/ Melissa Bajza*