# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-02550-WYD-KMT

KRISTINA HILL,
BRIAN EDWARDS, and
THOMAS PRIVITERE,

    Plaintiffs,

v.

PUBLIC ADVOCATE OF THE UNITED STATES,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
ROCKY MOUNTAIN GUN OWNERS,
LUCIUS O'DELL,
ANDREW BROWN, and
DUDLEY BROWN,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Kristina Hill, Brian Edwards and Thomas Privitere, and the remaining Defendants, National Association for Gun Rights, Rocky Mountain Gun Owners, Lucius O'Dell, Andrew Brown and Dudley Brown, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims in this action are dismissed with prejudice, with each party to bear its own costs, including attorneys' fees.

| | |
|---|---|
| */s Daniel D. Williams* | */s Laurin H. Mills* |
| Daniel D. Williams | Laurin H. Mills |
| FAEGRE BAKER DANIELS LLP | David A. Warrington |
| 1470 Walnut Street, Suite 300 | LeClairRyan, A Professional Corporation |
| Boulder, Colorado 80302 | 2318 Mill Road, Suite 1100 |
| Telephone 303-447-7700 | Alexandria, Virginia 22314 |
| dwilliams@faegre.com | Telephone: 703-684-8075 |
| | laurin.mills@leclairryan.com |
| *Counsel for Plaintiffs* | david.warrington@leclairryan.com |

US.54753057.01

2

## Certificate of Service

I hereby certify that on August 25, 2014, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Barry K. Arrington, Esq.  
Arrington Law Firm  
7340 East Caley Avenue, Suite 360  
Centennial, CO 80111  
barry@arringtonpc.com  

Terrance L. Ryan  
The Terry Ryan Law Firm, LLC  
800 Marshall Street  
Fort Collins, CO 80525  
Rebecca@terryryanlaw.com  

Christopher M. Collins  
Vanderpool, Frostick & Nishanian, P.C.  
9200 Church Street, Suite 400  
Manassas, VA 20110  
ccollins@vfnlaw.com  

Laurin H. Mills  
LeClairRyan, A Professional Corporation  
2318 Mill Road, Suite 1100  
Alexandria, Virginia 22314  
laurin.mills@leclairryan.com  

      *s/ Melissa Bajza*